UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIK JETER, as Personal Representative
of the Estate of Andrew Antoine Jeter,

    Plaintiff,                    Case No. 18-cv-12338
                                     Hon. Matthew F. Leitman
v.

MACOMB COUNTY, et al.,

    Defendants.
_____/

## **ORDER**

Upon review of this case, in which a current or former prisoner challenges conditions of confinement, it appears to the Court that it was erroneously assigned a Civil Nature of Suit Code 440, which applies to non-prisoners, rather than Civil Nature of Suit Code 555, which applied to conditions of confinement.

IT IS THEREFORE ORDERED that the Clerk's Office will change the Civil Nature of Suit Code from 440 to 555.

Any objections to this Order must be filed within seven (7) days.

                                      /s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: November 19, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 19, 2019, by electronic means and/or ordinary mail.

                                                              s/Holly A. Monda
                                                              Case Manager
                                                              (810) 341-9764